UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWARD JESSE CARROLL,

    Plaintiff,

v.                                                              Case No: 3:14-cv-103-J-39JRK

4TH CIRCUIT JUDGES OF DUVAL COUNTY,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 5) issued by the United States Magistrate Judge recommending that this action be dismissed for failure to prosecute pursuant to Rule 3.10(a) of the Local Rules for the Middle District of Florida. Plaintiff, who is proceeding *pro se*, received a copy of the Report and Recommendation but has not filed an objection thereto and the time for doing so has passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge, it is hereby

**ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. This action is dismissed without prejudice. The Clerk shall close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 13th day of May, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Counsel of Record